# EXHIBIT A



# TEXTEST

A registered ISO 9001:2008 laboratory

4207-1 Milgen Road, Columbus, GA  31907     Telephone:  844-309-6337     www.textest.com

|  |  |
|---|---|
| TexTesT Report: | 9701 |
| Date: | 2/11/2020 |
| Page: | 1 of 3 |

**CLIENT:**  AARONSON LAW FIRM
7362 Remcon Circle
El Paso, TX  79912

ATTN:  Michael Aaronson

**SAMPLE IDENTIFICATION:**

WASHABLE PIMA COTTON          RALPH LAUREN                    2/4/2020
SAMPLE #1     BURGUNDY POLO V NECK SWEATER     Made in China
Womens Size L  RN41381 CA56658 170/96A   Red HTR L/G
Ralph Lauren Tag 21179841015  4481 01501 0089 060 UPC 8 84094 00269 6

## SAMPLE #1

**FIBER LENGTH AND DISTRIBUTION**
**ASTM D 5103**

| | Length Group Lower Limit (in.) | Number of Fibers | Percent of Total |
|---|---|---|---|
| | 2.040 | 0 | 0 |
| | 1.920 | 0 | 0 |
| | 1.800 | 0 | 0 |
| | 1.680 | 0 | 0 |
| Extra Long | 1.560 | 0 | 0 |
| Long | 1.440 | 0 | 0 |
| Medium | 1.320 | 0 | 0 |
| Short | 1.200 | 0 | 0 |
| | 1.080 | 12 | 12 |
| | 0.960 | 19 | 19 |
| | 0.840 | 31 | 31 |
| | 0.720 | 31 | 31 |
| | 0.600 | 7 | 7 |
| | 0.480 | 0 | 0 |
| | 0.360 | 0 | 0 |
| | 0.240 | 0 | 0 |
| | 0.120 | 0 | 0 |
| | 0.000 | 0 | 0 |
| Total | | 100 | 100 |

Probability
0% PIMA  Cotton

Average Length            0.900
Standard Deviation           0.13 %
Coefficient of Variation     0.147 %

TEXTEST

*Ann R. Underwood*
signed by

|  |  |  |  |
|---|---|---|---|
|  |  | TexTesT Report: | 9701 |
|  |  | Date: | 2/11/2020 |
|  |  | Page: | 2 of 3 |
| SAMPLE IDENTIFICATION: | WASHABLE PIMA COTTON      RALPH LAUREN<br>SAMPLE #1    BURGUNDY POLO V NECK SWEATER    Made in China<br>Womens Size L  RN41381 CA56658 170/96A   Red HTR L/G<br>Ralph Lauren Tag 21179841015  4481 01501 0089 060 UPC 8 84094 00269 6 |  | 2/4/2020 |



| SUMMARY COMPARISON | 1 |
|---|---|
| Average Length inches | 0.900 |
| Std. Deviation | 0.13 |
| Coefficient of Varation | 0.147 % |
| Maximum | 1.193 |
| Minimum | 0.621 |
| Probability | 0% Pima Cotton |

American Pima Standard  1.2 to 1.48"
Supima Standard 1.25" to 1.56"
Egyptian ELS Std 1.5" to  2.5"
GIZA 87 93 Std. 1.4 to 1.45"
Short Fiber Content= Less the 0.5"