# Kelley Drye

**Jaclyn M. Metzinger**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7843
Fax: (212) 808-7897
jmetzinger@kelleydrye.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2022

MEMO ENDORSED

September 22, 2022

**By ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2550
New York, NY 10007

Re:   *Miramontes v. Ralph Lauren Corporation*, Case No. 22-CV-04192

Dear Judge McMahon:

I represent the Defendant, Ralph Lauren Corporation ("RLC"), in the above action. Under the current case management conference order (Dkt. 5), there is a case management conference scheduled for October 6, 2022. However, RLC's deadline to respond to the Complaint is not due until October 7, 2022, and RLC intends to file a motion to dismiss on that date. Accordingly, RLC, with the consent of Plaintiff, requests an adjournment of the case management conference until after the motion to dismiss is fully briefed.

The parties have also conferred with respect to the briefing schedule for RLC's anticipated motion to dismiss and propose the following schedule: (1) RLC to file the motion to dismiss on October 7, 2022; (2) Plaintiff to file her opposition on November 8, 2022; and, (3) RLC to file its reply on November 22, 2022. The parties therefore request that the Court so-order this proposed briefing schedule.

There have been no previous requests for an adjournment, and these requests do not affect any other scheduled dates.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Jaclyn M. Metzinger

Jaclyn M. Metzinger

[Judge's signature: Colleen McMahon 9/27/2022, OK]

NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    PARSIPPANY    STAMFORD