**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLORIA MIRAMONTES, Individually, and
On Behalf of All Others Similarly Situated,

                      Plaintiff,

        -against-                                  22 **CIVIL** 4192 (CM)

                                                    **JUDGMENT**

RALPH LAUREN CORPORATION,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 5, 2023, the motion to dismiss is GRANTED, and the Complaint is dismissed with prejudice and with costs to Defendant. This constitutes the decision and order of the court. It is a written opinion; accordingly, the case is closed.

**Dated:** New York, New York

      May 5, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                      **Clerk of Court**

                                   **BY:**       *K. Mango*

                                                                   _____
                                                                      **Deputy Clerk**